UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 17 CR 50008 |
| v. ) | |
| ) | Judge Frederick J. Kapala |
| PATRICK W. BARRETT ) | |

**UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE
WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED**

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, moves this Court for a rule to show cause why the supervised release of the above-named defendant should not be revoked. The defendant, PATRICK W. BARRETT, violated the conditions of his supervised release in the following manner:

1. Defendant violated the condition, "defendant shall refrain from any unlawful use of a controlled substance," in that defendant unlawfully used a controlled substance, cocaine, on or before October 24, 2016, as evidenced by the report of analyses of the urine sample defendant provided on October 24, 2016, being found positive for cocaine.

2. Defendant violated the condition, "defendant shall refrain from any unlawful use of a controlled substance," in that defendant unlawfully used a controlled substance, cocaine, on or before November 18, 2016, as evidenced by the report of analyses of the urine sample defendant provided on November 18, 2016, being found positive for cocaine.

3. Defendant violated the condition, "defendant shall … participate in substance abuse treatment and testing, as directed by the supervising probation officer," in that defendant failed to provide a urine sample for testing on March 30, 2017, as directed.

4. Defendant violated the condition, "defendant shall … participate in substance abuse treatment and testing, as directed by the supervising probation officer," in that defendant failed to provide a urine sample for testing on April 12, 2017.

5. Defendant violated the condition, "defendant shall … participate in mental health counseling or treatment, as approved and directed by the supervising probation officer," in that defendant failed to attend group and individual counseling at Remedies on April 6, 2017, as directed.

6. Defendant violated the condition, "defendant shall … participate in mental health counseling or treatment, as approved and directed by the supervising probation officer," in that defendant failed to attend group and individual counseling at Remedies on April 13, 2017, as directed.

7. Defendant violated the condition, "defendant shall refrain from any unlawful use of a controlled substance," in that defendant unlawfully used a controlled substance, cocaine, on or before April 14, 2017, as evidenced by the report of analyses of the urine sample defendant provided on April 14, 2017, being found positive for cocaine.

8. Defendant violated the condition, "defendant shall refrain from any unlawful use of a controlled substance," in that defendant unlawfully used a controlled substance, marijuana, on or before April 14, 2017, as evidenced by the report of analyses of the urine sample defendant provided on April 14, 2017, being found positive for marijuana.

Wherefore, as defendant has violated conditions of supervised release, the government moves this Court for a rule to show cause why supervised release of the above-named defendant should not be revoked.

    Respectfully submitted,

    JOEL R. LEVIN
    Acting United States Attorney

BY:    s/ Margaret J. Schneider
    MARGARET J. SCHNEIDER
    Assistant United States Attorney
    327 South Church Street, Suite 3300
    Rockford, Illinois 61101
    (815) 987-4444/ Fax (815) 987-4236

# CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on June 1, 2017, the following document:

UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE
WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following:

Patrick W. Barrett
[Address in Special Report]
Rockford, Illinois

and was delivered to the courthouse receptacle for:

Paul Gaziano
Federal Public Defender
401 West State Street, Suite 800
Rockford, Illinois  61101


    s/ Margaret J. Schneider
MARGARET J. SCHNEIDER
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois  61101
(815) 987-4444 / Fax (815) 987-4236